UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH M. BYRNES, INC., a corporation, on behalf of itself and all other similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>FOUNTAINHEAD COMMERCIAL CAPITAL, LLC; and DOES 1 through 10, inclusive,<br><br>  Defendant. | Case No. 2:20-cv-04149-DDP (RAOx)<br><br>Hon. Dean D. Pregerson<br>Ctrm: 9C<br><br>**FINAL JUDGMENT** |

# FINAL JUDGMENT

**THIS CAUSE** came before the Court on the Motion to Dismiss Second Amended Class Action Complaint filed by Defendants Fountainhead Commercial Capital, LLC and Fountainhead SBF LLC (collectively, "Defendants") [Doc. 40]. For the reasons set forth in the Court's Order Granting Defendants' Motion To Dismiss Second Amended Complaint, entered separately on November 24, 2021 [Doc. 49] (the "Order"), which Order dismissed with prejudice all of the causes of action brought against the Defendants on the merits, it is hereby,

**ORDERED, ADJUDGED AND DECREED**:

1. Final judgment is hereby entered in favor of the Defendants Fountainhead Commercial Capital, LLC and Fountainhead SBF LLC and against the Plaintiff Elizabeth M. Byrnes, Inc., a corporation, which filed this action on behalf of itself and all others similarly situated.  Plaintiff shall recover nothing from this action.

2. The Court retains and reserves jurisdiction to enter any further orders that may be just and necessary, including to enforce this Final Judgment and to determine entitlement to an award of attorneys' fees and/or costs.

**IT IS SO ORDERED.**

Dated: March 25, 2022

_/s/ Dean D. Pregerson_
Hon. Dean D. Pregerson
Judge, United States District Court